**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00396-CV**

_____

**IN RE ALLEN F. CALTON**

_____

**Original Proceeding**
**58th District Court of Jefferson County, Texas**
**Trial Cause No. A-198,064**
_____

**MEMORANDUM OPINION**

Allen F. Calton is a vexatious litigant subject to a prefiling order. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.102(a) (West Supp. 2016). On November 9, 2016, we notified the parties that this mandamus proceeding would be dismissed unless the local administrative judge granted permission to file. *See id.* § 11.1035. Calton did not file a response. The mandamus proceeding is dismissed. *See id.*

PETITION DISMISSED.

PER CURIAM

1

Submitted on December 7, 2016
Opinion Delivered December 8, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.